UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDA JONES** | CIVIL ACTION NO.: 2:23-CV-6618 |
| **VERSUS** | JUDGE: ASHE |
| **ALLSTATE INSURANCE COMPANY** | MAGISTRATE: NORTH |

**MOTION OF DISMISSAL WITH PREJUDICE**

ON MOTION of undersigned counsel, in the above entitled and numbered cause, who on suggesting to the Court that Freda Jones, plaintiff, has reached an agreement to settle the above captioned matter as to Allstate Insurance Company, defendant, and that said action should be dismissed with prejudice as to Allstate Insurance Company, each party to bear their own costs.

Respectfully submitted:

/s/Mark Ladd
Mark Ladd (#30847)
3850 North Causeway Blvd. Ste. 1520
Metairie, LA  70002
Telephone: (713) 228-3030
Fax Phone: 7132283003
Galindo Law Firm
Attorney for Freda Jones

Our File Number:  0639469337.1